CHAMBERS/T

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 2/13/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MICHELLE JOYCE,

Plaintiff,

-against-

THOMPSON WIGDOR & GILLY LLP, KENNETH P. THOMPSON, DOUGLAS H. WIGDOR, and SCOTT BROWNING GILLY,

Defendants.

---------------------------------------------------------------X

Docket # 06 CV 15315
(RLC) (GWG)

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED that plaintiff, MICHELLE JOYCE, hereby voluntarily dismisses all claims asserted against defendants, THOMPSON WIGDOR & GILLY LLP, KENNETH P. THOMPSON, DOUGLAS H. WIGDOR, and SCOTT BROWNING GILLY, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The voluntary dismissal with prejudice of the action is without costs, fees or expenses to either party, each party to bear his own costs, fees and expenses.

IT IS FURTHER HEREBY STIPULATED AND AGREED that defendant, THOMPSON WIGDOR & GILLY LLP, hereby voluntarily dismisses all counterclaims asserted against plaintiff, MICHELLE JOYCE, with prejudice, pursuant to Fed. R. Civ. P. 41(c). The

voluntary dismissal of the counterclaim is without costs, fees or expenses to either party, each party to bear his own costs, fees and expenses.

Dated: Uniondale, New York
December ___, 2008

RESSLER & RESSLER
Attorneys for Plaintiff

By: ______________________
Bruce Ressler, Esq. (BR-6329)
48 Wall Street
New York, New York 10005
[illegible]6446

RIVKIN RADLER LLP
Attorneys for Defendants

By: ______________________
David S. Wilck, Esq. (DW-8873)
926 Reckson Plaza
Uniondale, New York 11556-0926
(516) 357-3241

2/13/09

______________________
Hon. Robert L. Carter, U.S.D.J.

2209915 v1